**Order entered April 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00264-CR

## EX PARTE ORLANDO GUTIERREZ

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90023-W**

## ORDER

Appellant's April 18, 2014 unopposed motion for extension of the time to file appellant's brief is **GRANTED** to the extent of the following relief.

The time to file appellant's brief is **EXTENDED** to **May 2, 2014**. The time to file the State's brief is **EXTENDED** to **May 23, 2014**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

This case is set for submission on **June 2, 2014**.

/s/    JIM MOSELEY
          JUSTICE